UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIO NEHOMAR ROSA,

    Plaintiff,

v.                                          Case No.:  2:23-cv-451-SPC-NPM

JOHN E. STEELE,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Julio Nehomar Rosa's Motion for Reconsideration (Doc. 12). Rosa sued Senior United States District Judge John E. Steele for $1.7 billion over a scrivener's error, despite the dismissal of a prior action for the same claim. Judge Steele is immune from this suit, so the Court dismissed it as frivolous and malicious. For the second time, Rosa asks the Court to reconsider the dismissal. Reconsideration of a prior order is an extraordinary measure that should be applied sparingly. *Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020). Rosa's motion is nonsensical. It is a mix of frivolous factual claims and irrelevant legal arguments. There are no extraordinary circumstances to justify reconsideration here. Rosa's Motion for Reconsideration (Doc. 12) is **DENIED**.

2

**DONE** and **ORDERED** in Fort Myers, Florida on November 9, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record